**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI**

In re:                                                        Case No. 09-20443-BKC-AJC
                                                                    Chapter 7
**TOMAS MESA**
SSN: XXX-XX-1388
**MERCY MESA**
SSN: XXX-XX-6755

_____Debtors_____/

### TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS

The trustee herein files this Notice of Dividends to the creditors of this estate. Attached hereto is the Trustee's Final Dividend made to creditors.

The dividend checks were mailed to creditors on November 21, 2013.  If checks are not cashed within 90 days by the creditors all remaining funds will be turned over to the clerk of the court for deposit into the U.S. Treasury pursuant to 11 U.S.C. §347(a) and Local Rule 3011.

Dated: November 21, 2013                    /s/ Joel L. Tabas_____
                                                              JOEL L. TABAS, Trustee
                                                              14 Northeast First Ave., Penthouse
                                                              MIAMI, FL  33132
                                                              Telephone: (305) 375-8171
                                                              Telefax:  (305) 381-7708

# FINAL DISTRIBUTION

| | | | | | |
|---|---|---|---|---|---|
| Case Number: 09-20443    AJC | | | Page   1 | | Date: November 21, 2013 |
| Debtor Name: MESA, TOMAS \ MESA, MERCY | | | | | |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $0.00 |
| | **Claim Type 4300-00 - Internal Revenue Service Tax** | | | | | | | |
| 000010A | INTERNAL REVENUE SERVICE 209 06/13/2013 Agreed Order Objection to Claim(s) #10 (Re: # 177) (Catala, Nilda) Status: Allow | Sec | 050 | $41,282.70 | $41,282.70 | $0.00 | $0.00 | $0.00 |
| | **Subtotal For Claim Type 4300-00** | | | $41,282.70 | $41,282.70 | $0.00 | $0.00 | |
| | Subtotals For Class Secured        100.00000 % | | | $41,282.70 | $41,282.70 | $0.00 | $0.00 | |
| | **Claim Type  -** | | | | | | | |
| | JOEL L. TABAS, TRUSTEE COMPENSATION | Admin | | $9,540.29 | $9,540.29 | $0.00 | $0.00 | $0.00 |
| | JOEL L. TABAS, TRUSTEE EXPENSES | Admin | | $74.48 | $74.48 | $0.00 | $0.00 | $0.00 |
| | **Subtotal For Claim Type** | | | $9,614.77 | $9,614.77 | $0.00 | $0.00 | |
| | **Claim Type 3110-00 - Atty for Trustee Fees** | | | | | | | |
| | Tabas, Freedman, & Soloff, P.A. | Admin | 001 | $35,876.00 | $35,876.00 | $0.00 | $0.00 | $0.00 |
| | **Subtotal For Claim Type 3110-00** | | | $35,876.00 | $35,876.00 | $0.00 | $0.00 | |
| | **Claim Type 3120-00 - Attorney for Trustee Expenses** | | | | | | | |
| | Tabas, Freedman, & Soloff, P.A. | Admin | 001 | $2,074.57 | $2,074.57 | $0.00 | $0.00 | $0.00 |
| | **Subtotal For Claim Type 3120-00** | | | $2,074.57 | $2,074.57 | $0.00 | $0.00 | |
| | **Claim Type 3410-00 - Acct for Trustee Fees (Other** | | | | | | | |
| | Thomas Bastian, CPA | Admin | 001 | $899.00 | $899.00 | $0.00 | $0.00 | $0.00 |
| | **Subtotal For Claim Type 3410-00** | | | $899.00 | $899.00 | $0.00 | $0.00 | |
| | **Claim Type 3420-00 - Acct for Trustee Exps (Other** | | | | | | | |
| | Thomas Bastian, CPA | Admin | 001 | $21.00 | $21.00 | $0.00 | $0.00 | $0.00 |
| | **Subtotal For Claim Type 3420-00** | | | $21.00 | $21.00 | $0.00 | $0.00 | |
| | Subtotals For Class Administrative   100.00000 % | | | $48,485.34 | $48,485.34 | $0.00 | $0.00 | |
| | **Claim Type 5800-00 - Clms of Govern'tl Units -** | | | | | | | |
| 000010B | INTERNAL REVENUE SERVICE 209 06/13/2013 Agreed Order | Priority | 058 | $868,810.78 | $31,904.40 | $836,906.38 | $0.00 | $0.00 |

# FINAL DISTRIBUTION

| Case Number: 09-20443    AJC | Page  2 | Date: November 21, 2013 |
|---|---|---|

Debtor Name: MESA, TOMAS \ MESA, MERCY

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | **Claim Type 5800-00 - Clms of Govern'tl Units -** | | | | | | | |
| | Objection to Claim(s) #10 (Re: # 177) (Catala, Nilda) Status: Allow | | | | | | | |
| | **Subtotal For Claim Type 5800-00** | | | $868,810.78 | $31,904.40 | $836,906.38 | $0.00 | |
| | Subtotals For Class Priority       3.67219 % | | | $868,810.78 | $31,904.40 | $836,906.38 | $0.00 | |
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |
| 0000011 | The Provident Bank (11-1) 2006 54'8 Riviera Convertible Vessel Hull ID# RJH51055E506 04/19/2013 Amended Claim #11 filed by The Provident Bank, Amount claimed: $434314.61 (McIntosh, Robert ) | Unsec | 070 | $434,314.61 | $0.00 | $434,314.61 | $0.00 | $0.00 |
| 000002 | Chase Bank USA, N.A. | Unsec | 070 | $2,843.02 | $0.00 | $2,843.02 | $0.00 | $0.00 |
| 000003 | American Express Bank FSB | Unsec | 070 | $42,005.91 | $0.00 | $42,005.91 | $0.00 | $0.00 |
| 000004 | American Express Centurion Bank | Unsec | 070 | $181.86 | $0.00 | $181.86 | $0.00 | $0.00 |
| 000005 | American Express Centurion Bank | Unsec | 070 | $966.39 | $0.00 | $966.39 | $0.00 | $0.00 |
| 000006 | PYOD LLC its successors and assigns as assignee of | Unsec | 070 | $4,018.11 | $0.00 | $4,018.11 | $0.00 | $0.00 |
| 000007 | GMAC (7-1) Unsecured Claim (7-1)  N07 CADIESCALADE VIN/HIN: 1GYFK63827R169378 | Unsec | 070 | $8,357.22 | $0.00 | $8,357.22 | $0.00 | $0.00 |
| 000008 | Premier Amercian Bank 05/15/2013 Order Sustaining Objection to Claim(s) #8 (Re: # 175) (Catala, Nilda) Status: Allow | Unsec | 070 | $209,606.19 | $0.00 | $209,606.19 | $0.00 | $0.00 |
| 000009 | Ocean Reef Community Association, Inc. 05/15/2013 Order Sustaining Objection to Claim(s) #9 (Re: # 176) (Catala, Nilda) Status: Allow | Unsec | 070 | $11,010.20 | $0.00 | $11,010.20 | $0.00 | $0.00 |
| 000010C | INTERNAL REVENUE SERVICE 209 06/13/2013 Agreed Order Objection to Claim(s) #10 (Re: # | Unsec | 070 | $483,529.42 | $0.00 | $483,529.42 | $0.00 | $0.00 |

# FINAL DISTRIBUTION

| Case Number: 09-20443    AJC | Page  3 | Date: November 21, 2013 |
|---|---|---|

Debtor Name: MESA, TOMAS \ MESA, MERCY

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |
| | 177) (Catala, Nilda) Status: Allow | | | | | | | |
| 000012 | AMERICAN INFOSOURCE LP AS AGENT FOR | Unsec | 070 | $24,172.08 | $0.00 | $24,172.08 | $0.00 | $0.00 |
| 000014 | eCast Settlement Corporation | Unsec | 070 | $2,771.07 | $0.00 | $2,771.07 | $0.00 | $0.00 |
| 000015 | FIA CARD SERVICES, NA/BANK OF AMERICA | Unsec | 070 | $35,215.35 | $0.00 | $35,215.35 | $0.00 | $0.00 |
| 000016 | Regions Bank (16-1) Guaranties of Corporate Debt (16-1) Claim does not include interest or late fees | Unsec | 070 | $4,722,477.33 | $0.00 | $4,722,477.33 | $0.00 | $0.00 |
| 000017 | Midland Funding LLC 172 01/18/2013 Agreed Transfer/Assignment of Claim Transfer Agreement 3001 (e) 2 Transferor: Capital Recovery III LLC (Claim No. 17) To Midland Funding LLC Filed by Recovery Management Systems Corporation. (Portfolio Investments II LLC) | Unsec | 070 | $23,274.48 | $0.00 | $23,274.48 | $0.00 | $0.00 |
| 000018 | Midland Funding LLC 171 01/18/2013 Agreed Transfer/Assignment of Claim Transfer Agreement 3001 (e) 2 Transferor: Capital Recovery III LLC (Claim No. 18) To Midland Funding LLC Filed by Recovery Management Systems Corporation. (Portfolio Investments II LLC) | Unsec | 070 | $12,547.34 | $0.00 | $12,547.34 | $0.00 | $0.00 |
| 000019 | Midland Funding LLC 173 01/18/2013 Agreed Transfer/Assignment of Claim Transfer Agreement 3001 (e) 2 Transferor: GE Money Bank (Claim No. 19) To Midland Funding LLC Filed by Recovery Management Systems Corporation. (Portfolio Investments II LLC) | Unsec | 070 | $2,358.72 | $0.00 | $2,358.72 | $0.00 | $0.00 |

# FINAL DISTRIBUTION

| Case Number: 09-20443     AJC | Page  4 | Date: November 21, 2013 |
|---|---|---|

Debtor Name: MESA, TOMAS \ MESA, MERCY

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |
| 000020 | Roundup Funding, LLC (20-2) Amended Claim - Certificate of Service Attached | Unsec | 070 | $6,805.80 | $0.00 | $6,805.80 | $0.00 | $0.00 |
| 000021 | Ocean Bank Amended Claim, 4/22/13 (ECF 21-2) | Unsec | 070 | $5,133,667.84 | $0.00 | $5,133,667.84 | $0.00 | $0.00 |
| 000022 | GMAC (22-1) 2008 Cadillac Escalade VIN:1GYFK66858R115537 | Unsec | 070 | $23,939.02 | $0.00 | $23,939.02 | $0.00 | $0.00 |
| 000023 | Verizon Wireless | Unsec | 070 | $710.65 | $0.00 | $710.65 | $0.00 | $0.00 |
| 000024 | McGlinchey Stafford PLLC | Unsec | 070 | $6,845.21 | $0.00 | $6,845.21 | $0.00 | $0.00 |
| 000025 | Verizon Wireless | Unsec | 070 | $710.65 | $0.00 | $710.65 | $0.00 | $0.00 |
| 000026 | Cocoplum Homeowners Assoc. | Unsec | 070 | $6,200.00 | $0.00 | $6,200.00 | $0.00 | $0.00 |
| 000027 | Sun American Bank | Unsec | 070 | $2,480,872.26 | $0.00 | $2,480,872.26 | $0.00 | $0.00 |
| 000028 | Cocoplum Homeowners Assoc. | Unsec | 070 | $6,200.00 | $0.00 | $6,200.00 | $0.00 | $0.00 |
| 0000029 | Alejandro Sucre | Unsec | 080 | $380,000.00 | $0.00 | $380,000.00 | $0.00 | $0.00 |
| 000029 | Alejandro Sucre 05/15/2013 Order Sustaining Objection to Claim(s) #29 (Re: # 180) (Catala, Nilda) Status: Allow | Unsec | 080 | $380,000.00 | $0.00 | $380,000.00 | $0.00 | $0.00 |
| | **Subtotal For Claim Type 7100-00** | | | $14,445,600.73 | $0.00 | $14,445,600.73 | $0.00 | |
| | Subtotals For Class Unsecured     0.00000 % | | | $14,445,600.73 | $0.00 | $14,445,600.73 | $0.00 | |
| | << Totals >> | | | $15,404,179.55 | $121,672.44 | $15,282,507.11 | $0.00 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.